# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| William S. Barnes , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00069 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin , | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2016 Order.

December 19, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court